AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
Jesus Cesar GONZALEZ-VALLE
a/k/a Cesar GONZALEZ-VALLE
a/k/a Jesus Cesar GONZALEZ

*Defendant(s)*

Case No. 6:26-mj-2116

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 21, 2026 in the county of Orange in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 8 U.S.C. § 1326(a) and (b)(1) | Illegal re-entry after deportation. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Mark Annotti, DO, ICE
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 9/24/2026

[signature]
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

City and state: Orlando, Florida

**STATE OF FLORIDA** **CASE NO. 6:26-mj-** 2116

**COUNTY OF ORANGE**

**AFFIDAVIT IN SUPPORT OF THE ISSUANCE OF A CRIMINAL COMPLAINT**

I, Mark Annotti, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1. I am a Deportation Officer (DO) with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement Removal Operations (ERO), and have been employed with DHS/ICE/ERO for 23 years. I am currently appointed as the ERO Criminal Prosecutions (ECP) Officer assigned to Orlando, Florida. My duties include the investigation, arrest, and prosecution of cases involving persons who are illegally residing in the United States in violation of federal law.

2. This affidavit is submitted in support of the issuance of a criminal complaint charging **Jesus Cesar GONZALEZ-VALLE** (hereinafter "**GONZALEZ-VALLE**"), a/k/a Cesar GONZALEZ-VALLE, a/k/a Jesus Cesar GONZALEZ, with being found in the United States voluntarily after being previously removed or deported, in violation of 8 U.S.C. § 1326(a) and (b)(1). The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records. Because this affidavit is submitted for the limited purpose of establishing probable cause to support the issuance of a criminal

complaint, I have not included details of all aspects of my investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that a violation of federal law has been committed.

3. On or about September 21, 2026, the Apopka Police Department (APD) arrested **GONZALEZ-VALLE** and booked him into the Orange County Jail (OCJ) based on a state criminal charges of (1) operate motor vehicle without valid license under case number 48-2026-CT-100431, Orange County, Florida, and (2) hit and run – leave scene of crash involving damage to property under case number (not listed yet), Orange County, Florida. Orange County is within the Middle District of Florida. Following his arrest and booking, the OCJ booking system automatically forwarded **GONZALEZ-VALLE**'s information to the Alien Criminal Response Information Management System (ACRIMe) national database.

4. On September 21, 2026, DO Tarik Phillips identified **GONZALEZ-VALLE**'s information in ACRIMe, verified his identity, and determined that he likely was in the United States illegally. DO Phillips filed an ICE immigration detainer on **GONZALEZ-VALLE**'s with the OCJ.

5. On September 21, 2026, DO Phillips contacted the Florida Department of Law Enforcement (FDLE), Biometric Service Section, and requested and received **GONZALEZ-VALLE**'s fingerprints relating to the OCJ booking on this date.

6. On September 21, 2026, DO Phillips submitted the set of fingerprints, dated September 21, 2026, to the Federal Bureau of Investigation Criminal Justice

Information Services Division (also referred to as IAFIS). IAFIS analyzed the set of fingerprints and found them to match **GONZALEZ-VALLE** and his unique FBI number. DO Phillips forwarded his case to me because it falls under the guidelines of my assigned duties as the ECP Officer.

7. According to various databases and ICE records, **GONZALEZ-VALLE** was born in 1979 in Fresnillo, Zacatecas, Mexico. **GONZALEZ-VALLE** has an Alien File Number (A xxx xxx 574). **GONZALEZ-VALLE** is a citizen of Mexico and not a citizen of the United States. **GONZALEZ-VALLE** was administratively ordered deported/removed from the United States to Mexico on April 21, 2010, and physically removed from the United States to Mexico on two occasions, specifically on (1) April 21, 2010, and (2) October 20, 2010. Records checks confirmed that **GONZALEZ-VALLE** has no legal status that would allow him to enter, travel through, or remain in the United States.

8. Additional records checked confirmed that **GONZALEZ-VALLE** did not have the consent of the Attorney General of the United States or the Secretary of Homeland Security for the United States to reapply for admission to the United States.

9. A criminal history check revealed that **GONZALEZ-VALLE** was convicted of illegal reentry, a felony violation of federal law, on October 19, 2010, and sentenced to time served (approximately 5 months and 19 days imprisonment)

under case number 2:10-cr-00520, Western District of Texas, Corpus Christi Division.

10. Based on the foregoing, there is probable cause to believe that on or about September 21, 2026, **GONZALEZ-VALLE** was found to be in the United States voluntarily after being previously removed or deported, in violation of 8 U.S.C. § 1326(a) and (b)(1).

This concludes my affidavit.

Mark Annotti, Deportation Officer
Immigration & Customs Enforcement

Affidavit attested to me by as true and
accurate by video conference consistent
with Fed. R. Crim. P. 4.1 and 41(d)(3),
before me this 24th day of September 2026.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE